**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| YAROSLAV SURIS, *on behalf of himself and all others similarly situated,* <br><br>          Plaintiff, <br> vs. <br><br> ACTIVISION PUBLISHING, INC., <br><br>          Defendant. | Case 1:21-cv-01312-MKB-JRC |

## ORDER GRANTING JOINT STIPULATED DISMISSAL

Having considered the parties' Joint Stipulated Dismissal of Action With Prejudice as to the individual claims of Yaroslav Suris, and good cause appearing therefore, IT IS HEREBY ORDERED that:

1.  This action is dismissed *with* prejudice as to the individual claims of Plaintiff Yaroslav Suris;

2.  The parties have resolved all issues concerning attorneys' fees and costs.

IT IS SO ORDERED.

SO ORDERED:
s/ MKB 7/21/2021

_____
MARGO K. BRODIE
United States District Judge